UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)  CR.S-11-00113 GEB
v. )
)
MICHELE REID )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum               () Ad Testificandum

Name of Detainee: MICHELE REID
Detained at (custodian): Sacramento County Main Jail

Detainee is:
a.) (X) charged in this district by: (X) Indictment () Information () Complaint
charging detainee with: Access Device Fraud, Aggravated Identity Theft
or b.) () a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) () return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Jared C. Dolan
Printed Name & Phone No: Jared C. Dolan (916) 554-2767
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum            () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 3/17/11

_____
United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Scardino, Michele Lavaun | Sex: | Female |
| Booking or CDC #: | 09533454 Referece X-2298772 | DOB: | 12/31/1959 |
| Facility Address: | 651 "I" Street | Race: | |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | (916)874-6752 | | |
| Currently Incarcerated For: | Felony - Burglary, Makes Alters, Forges Check, Bond, Bank Bill, etc., Unlawful use of personal Identifying information | | |

### RETURN OF SERVICE

Executed on _____ By: _____
(Signature)