```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELE REID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR-S-11-0113-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| MICHELE REID | ) | Date: April 29, 2011 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) | |

The parties request that the status conference in this case be continued from April 15, 2011, to April 29, 2011 at 9:00 a.m.  They stipulate that the time between April 15, 2011 and April 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to continue investigating the facts of the case. The parties stipulate and agree that the interests of justice served by

1 granting this continuance outweigh the best interests of the public and
2 the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).
3 Dated: April 7, 2011                    Respectfully submitted,
4                                          DANIEL BRODERICK
                                           Federal Defender
5                                          /s/ Douglas Beevers
                                           _____
6                                          DOUGLAS BEEVERS
                                           Assistant Federal Defender
7                                          Attorney for Defendant
                                           MICHELE REID
8
   Dated: April 7, 2011                    BENJAMIN B. WAGNER
9                                          United States Attorney

10                                         /s/ Jared Dolan
                                           _____
11                                         JARED DOLAN
                                           Assistant U.S. Attorney
12

13                              **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
15 ordered that the status conference presently set for April 15, 2011, be
16 continued to April 29, 2011, at 9:00 a.m.  Based on the representation of
17 counsel and good cause appearing therefrom, the Court hereby finds that
18 the ends of justice to be served by granting a continuance outweigh the
19 best interests of the public and the defendant in a speedy trial.  It is
20 ordered that time from the date of this Order, to and including, the
21 April 29, 2011, status conference shall be excluded from computation of
22 time within which the trial of this matter must be commenced under the
23 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
24 T-4.

25 Dated: April 7, 2011
26
27                                         _____
                                           GARLAND E. BURRELL, JR.
28                                         United States District Judge

Stip and Order                             -2-