```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Attorney for Defendant
MICHELE REID
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-11-0113-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND  ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| MICHELE REID ) | Date:  May 27, 2011 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from April 29, 2011, to May 27, 2011 at 9:00 a.m.  They stipulate that the time between April 29, 2011 and May 27, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs time to review discovery with the defendant, and to continue investigating the facts of the case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

| | |
|---|---|
| Dated: April 27, 2011 | Respectfully submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | */s/ Douglas Beevers* |
| | DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHELE REID |
| Dated: April 27, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Jared Dolan* |
| | JARED DOLAN<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 29, 2011, be continued to May 27, 2011, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the May 27, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: April 28, 2011

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                              -2-