```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHELE REID
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  No.  CR-S-11-0113-GEB
                                )
12            Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                )  TO CONTINUE STATUS CONFERENCE
13       v.                     )
                                )
14  MICHELE REID                )  Date: August 12, 2011
                                )  Time: 9:00 a.m.
15            Defendant.        )  Judge: Hon. Garland E. Burrell, Jr.
                                )
16                              )
    _____)
17
```

The parties request that the status conference in this case be continued from June 24, 2011, to August 12, 2011 at 9:00 a.m. They stipulate that the time between June 24, 2011 and August 12, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter. The parties stipulate and agree

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

Dated: June 22, 2011                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHELE REID

Dated: June 22, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jared Dolan
                                        JARED DOLAN
                                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 24, 2011, be continued to August 12, 2011, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the August 12, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip and Order                      -2-