DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHELE REID

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-S-11-0113-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| MICHELE REID ) | Date: February 17, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | |
| ) | |
| _____ ) | |

The parties request that the status conference in this case be continued from January 20, 2012, to February 17, 2012 at 9:00 a.m.  They stipulate that the time between January 18, 2012 and February 17, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense counsel needs additional time to review discovery with the defendant, to continue investigating the facts of the case, and to negotiate a resolution to this matter. The parties stipulate and agree

1  that the interests of justice served by granting this continuance
2  outweigh the best interests of the public and the defendant in a speedy
3  trial.  18 U.S.C. §(7)(B)(iv).

4  Dated: January 18, 2012          Respectfully submitted,

5                                   DANIEL BRODERICK
                                    Federal Defender
6
                                    /s/ Douglas Beevers
7                                   DOUGLAS BEEVERS
                                    Assistant Federal Defender
8                                   Attorney for Defendant
                                    MICHELE REID
9
   Dated: January 18, 2012          BENJAMIN B. WAGNER
10                                  United States Attorney

11                                  /s/ Jared Dolan
                                    JARED DOLAN
12                                  Assistant U.S. Attorney

13                                **ORDER**

14     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
15  ordered that the status conference presently set for January 20, 2012, be
16  continued to February 17, 2011, at 9:00 a.m.  Based on the representation
17  of counsel and good cause appearing therefrom, the Court hereby finds
18  that the ends of justice to be served by granting a continuance outweigh
19  the best interests of the public and the defendant in a speedy trial.  It
20  is ordered that time from the date of this Order, to and including, the
21  February 17, 2012, status conference shall be excluded from computation
22  of time within which the trial of this matter must be commenced under the
23  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
24  T-4.

25  Dated:  January 18, 2012

26

27                                  _____
                                    GARLAND E. BURRELL, JR.
28                                  United States District Judge

Stip and Order                      -2-